JENNY N. LORBEER, Appellant, *v.* EDWARD E. BAREFIELD et al., Respondents.

Argued November 21, 1947; decided January 16, 1948.

*I. Maurice Wormser, Rudolph Stand* and *Robert R. Kaufman* for appellant.

*Noah L. Braunstein* for Edward E. Barefield, respondent.

*James G. Purdy* and *Joseph Davis* for Roland Lorbeer and Macy Place Realty Corp., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.